LAURANCE ANGEL, Respondent, Appellant, v. PHILIP L. E. DEL FUNDO-GIERA, Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.